**Walter A. MITCHELL, Plaintiff-
Appellant,**

v.

**SECRETARY, DEPARTMENT OF
HEALTH, EDUCATION, AND WEL-
FARE, Appellee.**

**No. 23457.**

United States Court of Appeals,
Ninth Circuit.

Jan. 22, 1971.

Walter A. Mitchell (argued), in pro.
per.

David Anderson (appeared), Asst U.
S. Atty., Wm. Matthew Bryne, Jr., U. S.
Atty., Carolyn M. Reynolds, Asst. U. S.
Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS, DUNIWAY
and TRASK, Circuit Judges.

PER CURIAM:

The summary judgment of the district
court in favor of the Secretary is af-
firmed.

---

The hearing examiner's decision contains an excellent summary of the case. This has been affirmed through successive steps before reaching this court, and we in turn approve it.